IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GREG EVENSIZER, | No. 2:19-cv-00015-YY |
| Petitioner, | ORDER |
| v. | |
| JERI TAYLOR, Superintendent, Eastern Oregon Correctional Institute | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation on January 13, 2022, in which she recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus. F&R, ECF 57. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Petitioner filed timely objections to the Magistrate Judge's Findings and Recommendation. Pet. Obj., ECF 59. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [57]. Therefore, Petitioner's Petition for a Writ of Habeas Corpus [1] pursuant to 28 U.S.C. § 2254 is DENIED.  Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(1)(A) is also DENIED.

IT IS SO ORDERED.

DATED:   February 21, 2022   .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER